UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TANYA SCHAUNAMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-02521-TWP-TAB |
| | ) | |
| NANCY A. BERRYHILL | ) | |
| Deputy Commissioner for Operations, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**.

The final decision of the Deputy Commissioner of the Social Security Administration regarding plaintiff Tanya Schaunaman is **AFFIRMED**, and Ms. Schaunaman's appeal is **DISMISSED**.

Dated: 11/29/2018

Laura A. Briggs, Clerk of Court

By: _____
Deputy Clerk

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

TANYA SCHAUNAMAN
8847 Medora Dr 1H
Camby, IN 46113

Kathryn E. Olivier
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kathryn.olivier@usdoj.gov